IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| B&D DENTAL,<br><br>    Plaintiff,<br><br>v.<br><br>KOD CO,<br><br>    Defendant. | MEMORANDUM DECISION<br><br>Case No. 2:13-cv-00236-TS-DBP<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Dustin B. Pead |

This matter was referred to the Court under 28 U.S.C. § 636(b)(1)(A). (Docket No. 54.) Previously, Defendant was represented by the California law firm Knobbe Martens Olson & Bear LLP ("KM") as well as the Utah law firm Parsons Behle & Latimer.

On June 17, 2014, Plaintiff moved the Court to schedule a status conference because it felt that KM should withdraw from representing Defendant. (Dkt. No. 53.) At the status conference, Plaintiff wanted the parties to address KM's withdrawal from the case as well as Defendant's plans to retain replacement counsel. (*Id.* at 2.)

The Court concludes that subsequent events in this action have rendered Plaintiff's motion moot. On July 9, 2014, Edwin S. Jang substituted as Defendant's local counsel, replacing both KM and Parsons Behle & Latimer. (Dkt. No. 60.) On July 10, 2014, the District Court admitted out-of-state attorneys Peter K. Hwang and Edward N. Griffin to represent Defendant. (Dkt. Nos. 63-64.) On July 16, 2014, Parsons Behle & Latimer formally withdrew from representing

Defendant. (Dkt. No. 66.) Because KM no longer represents Defendant, and Defendant obtained replacement counsel, the concerns Plaintiff sought to address at a status conference no longer exist. Therefore, the Court **DENIES** as **MOOT** Plaintiff's motion for a status conference. (Dkt. No. 53.)[1]

    IT IS SO ORDERED.

    Dated this 18th day of July, 2014.        By the Court:

                                                    Dustin B. Pead
                                                  United States Magistrate Judge

---

[1] If Plaintiff encounters difficulties moving forward with this case with Defendant's new counsel, the Court will entertain another motion for a status conference.